*357 REAVLEY, Circuit Judge,
concurring:
While I cannot say the district court committed error, and I concur in the affirmance, I suggest that the matter of the transcript of Garcia’s interview could have been handled better. I would have made it clear at the outset that the precise statements recorded in the transcript would be available for the jury and for defense counsel’s argument. There was no question about the authenticity of the transcript. If the agent should agree that the transcript recited the words that he only characterized, the jury could be informed of his reformed testimony. If the agent objected to the words of the transcript, those words could be used to impeach. In any event, since the agent did use the transcript to refresh his memory, the portions of the transcript were admissible under Fed. R.Evid. 612.
The court did allow defense counsel to make full use of the transcript in cross-examination of the agent, and I will not fault the ruling or judgment.